

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GRAFICHE MILANI S.p.A.,

                Plaintiff,

     - against - .

ASSOULINE PUBLISHING, INC. and ASSOULINE, INC.,

                Defendants.

------------------------------------x

07 CV 10364

Civil Action

**DISCLOSURE STATEMENT**
**PURSUANT TO FRCP 7.1**



     Bryan Cave LLP, as counsel for Plaintiff, Grafiche Milani S.p.A. ("Grafiche Milani"), for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, hereby certifies (i) that Grafiche Milani does not have a parent corporation; and (ii) that no publicly held corporation owns more than 10% of the stock of Grafiche Milani.

Dated: New York, New York
       November 15, 2007

                                            BRYAN CAVE LLP

                                            By: _____
                                                George B. Yankwitt (GY 1203)
                                                  Scott H. Kaiser (SK 6218)
                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                (212) 541-2000

                                               *Attorneys for Plaintiff Grafiche Milani S.p.A.*