SALANS
620 Fifth Avenue
New York, NY 10020
Lee P. Whidden (LW 1649)
Paul C. Gunther (PG 3023)
(212) 632-5500
Attorneys for Assouline Publishing, Inc.
          and Assouline, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAFICHE MILANI S.P.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSOULINE PUBLISHING, INC.<br>AND ASSOULINE, INC.,<br><br>    Defendants. | Civil Action No. 07-10364 (PKL)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby files its appearance as attorneys of record for Assouline Publishing, Inc. and Assouline, Inc.

    PLEASE TAKE FURTHER NOTICE that copies of all papers are to be served on the persons at the address listed below:

        Salans
        620 Fifth Avenue
        New York, New York 10020
        Attention: Lee P. Whidden, Esq.
                Nina Khalatova, Legal Assistant

NEWYORK.546612.1

- 2 -

Dated: New York, New York
December 10, 2007

        SALANS

        By: /s/ Lee P. Whidden
            Lee P. Whidden (LW 1649)
            Paul C. Gunther (PG 3023)
            620 Fifth Avenue
            New York, New York 10020
            *Attorneys for Defendants Assouline Publishing, Inc. and Assouline, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I, Nina Khalatova, hereby certify that on December 10, 2007, I caused a true copy of the <u>Notice of Appearance</u> to be served by first class mail, postage prepaid, upon the persons at the address listed below:

BRYAN CAVE LLP
George Yankwitt (GY 1203)
Scott H. Kaiser (SK 6218)
1290 Avenue of the Americas
New York, New York 10104
*Attorneys for Grafiche Milani, S.p.A.*