JUDGE LEISURE

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

GRAFICHE MILANI, S.p.A.

V.

ASSOULINE PUBLISHING, INC. and
ASSOULINE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 10364

TO: (Name and address of Defendant)

Assouline Publishing, Inc.
c/o Dobson & Pinci
342 Madison Avenue
Suite 1600
New York, New York 10173

Assouline, Inc.
c/o Dobson & Pinci
342 Madison Avenue
Suite 1600
New York, New York 10173

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bryan Cave LLP
George B. Yankwitt, Esq.
1290 Avenue of the Americas
New York, New York 10104

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

NOV 1 5 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

GRAFICHE MILANI S.p.A.,                          :

                    Plaintiff,      :   Civil Action No: 07 CV 10364

      - against -                              :   AFFIDAVIT OF SERVICE

ASSOULINE PUBLISHING, INC. and                   :
ASSOULINE, INC.,

                                    :

                 Defendants.
------------------------------ x


STATE OF NEW YORK )
                 )ss.:
COUNTY OF NEW YORK )

       MICAH DOOLEY, being duly sworn deposes and says:

    1.    I am over 18 years of age, not a party to this action, and reside in Brooklyn, New York. My New York City process server's license number is 0775646.

    2.    On Tuesday, November 20, 2007 at approximately 12:24 p.m., I personally served a true copy of the **SUMMONS AND COMPLAINT TOGETHER WITH ECF RULES JUDGE'S RULES AND MAGISTRATE'S RULES** upon defendant Assouline Publishing, Inc. at 601 West 26th Street, Suite 1810A, New York, New York 10001-1101, by personally delivering and leaving a true copy thereof with Tracy Lynes, Assistant Controller, who acknowledged to me that she was duly authorized to accept service.

3. Ms. Lynes may be described as a white female in her mid forties, with light brown hair, brown eyes, weighing approximately 140 pounds and standing approximately five feet six inches tall.

_____
MICAH DOOLEY

Sworn to before me this
___ day of November 2007

_____
NOTARY PUBLIC

DAVID ORTIZ
Notary Public, State of New York
No. 01OR6022134
Qualified in Queens County
Commission Expires March 29, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

GRAFICHE MILANI S.p.A.,                    :

                      Plaintiff,    :    Civil Action No: 07 CV 10364

      - against -                     :    AFFIDAVIT OF SERVICE

ASSOULINE PUBLISHING, INC. and             :
ASSOULINE, INC.,
                                     :

                 Defendants.
------------------------------ x


STATE OF NEW YORK )
                    )ss.:
COUNTY OF NEW YORK )

      MICAH DOOLEY, being duly sworn deposes and says:

1.    I am over 18 years of age, not a party to this action, and reside in Brooklyn, New York. My New York City process server's license number is 0775646.

2.    On Tuesday, November 20, 2007 at approximately 12:24 p.m., I personally served a true copy of the **SUMMONS AND COMPLAINT AND THE ECF RULES, JUDGE'S RULES, AND MAGISTRATE'S RULES** upon defendant Assouline Inc. at 601 West 26th Street, Suite 1810A, New York, New York 10001-1101, by personally delivering and leaving a true copy thereof with Tracy Lynes, Assistant Controller, who acknowledged to me that she was duly authorized to accept service.

3. Ms. Lynes may be described as a white female in her mid forties, with light brown hair, brown eyes, weighing approximately 140 pounds and standing approximately five feet six inches tall.

_____
MICAH DOOLEY

Sworn to before me this
29th day of November 2007

_____
NOTARY PUBLIC

DAVID ORTIZ
Notary Public, State of New York
No. 01OR6022134
Qualified in Queens County
Commission Expires March 29, 2011