```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAFICHE MILANI, S.P.A.,

    PLAINTIFF,

    - AGAINST -

ASSOULINE PUBLISHING, INC. AND
ASSOULINE, INC.,

    DEFENDANTS.

07 CV 10364 (PKL)

**STIPULATION
EXTENDING TIME TO
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED PARTIES, by and through their respective counsel, as follows:

1. The time for the Defendants to answer or otherwise respond to the Complaint is hereby extended to and including January 25, 2008.

2. The Defendants agree to waive defenses of improper service.

3. Faxed signatures on this Stipulation are hereby deemed originals.

Dated: New York, New York
       January 9, 2007

BRYAN CAVE LLP

By: _____
George B. Yankwitt (GY 1203)
Scott H. Kaiser (SK 6218)
1290 Avenue of the Americas
New York, NY 10104
212-541-2000
Scott.Kaiser@bryancave.com
Attorneys for Plaintiff

SALANS

By: _____
Lee P. Whidden (LW 1649)
Paul C. Gunther (PG 3023)
620 Fifth Avenue
New York, NY 10020
212-632-5500
lwhidden@salans.com
Attorneys for Defendants

SO ORDERED:

_____
Judge Peter K. Leisure
United States District Judge   1/11/08

NEWYORK.546476.1