UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRAFICHE MILANI S.p.A.,

                              Plaintiff,

- against –

ASSOULINE PUBLISHING, INC. and
ASSOULINE, INC.,

                             Defendants.

Civil Action No.: 07-cv-10364 (PKL)

**DISCLOSURE STATEMENT
PURSUANT TO FRCP 7.1**

---

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for Defendants Assouline Publishing, Inc. and Assouline, Inc., ("Defendants"), certifies that the Defendants have no publicly-traded corporate parent that owns 10% or more of Defendant's stock.

Dated: New York, New York
        January 25, 2008

                                          Respectfully submitted,

                                          SALANS

                                          By:    /S/
                                                Lee P. Whidden
                                                Christopher A. Blackwell
                                         Attorneys for Assouline Publishing, Inc. and
                                                Assouline, Inc.
                                         620 Fifth Avenue
                                         New York, New York 10020
                                         212-632-5500

NEWYORK.548105.1