AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

GRAFICHE MILANI S.p.A.,

                  Plaintiff,

    - against –

ASSOULINE PUBLISHING, INC. and ASSOULINE, INC.,

                  Defendants.

**APPEARANCE**

Case Number: 07-cv-10364 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Assouline Publishing, Inc. and Assouline, Inc.

I certify that I am admitted to practice in this court.

2/20/2008
Date

Signature

Christopher Alan Blackwell        CB0105
Print Name        Bar Number

620 Fifth Avenue
Address

New York    NY    10020
City    State    Zip Code

(212) 632-5500      (212) 632-5555
Phone Number      Fax Number