| | |
|---|---|
| BRYAN CAVE LLP<br>By:  George B. Yankwitt (GY 1203)<br>       Scott H. Kaiser (SK 6218)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000 | SALANS<br>By:  Lee P. Whidden<br>       Christopher A. Blackwell<br>620 5th Avenue<br>New York, New York<br>(212) 632-5500 |
| *Attorneys for Plaintiff Grafiche Milani, S.p.A.* | *Attorneys for Defendants Assouline Publishing, Inc. and Assouline, Inc.* |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GRAFICHE MILANI S.p.A.,

         Plaintiff,

- against -

ASSOULINE PUBLISHING, INC. and
ASSOULINE, INC.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07-cv-10364 (PKL)

## STIPULATION AND ORDER OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in this adversary proceeding that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed without prejudice, without costs to any party as against the other, and with no party as a prevailing party. Specifically, should Assouline Publishing, Inc. or Assouline, Inc. default upon their obligation to make payments to Grafiche Milani S.p.A. in accordance with the settlement agreement reached between the parties, Grafiche Milani S.p.A. may commence a new action seeking the same relief as in this case and Assouline agrees not to assert statutes of limitations as a defense but otherwise

C067010/0214464/1488468.1

retains all defenses presently available.

Dated: New York, New York
       June 17, 2008

BRYAN CAVE LLP                                      SALANS

_____                           _____
By: George B. Yankwitt (GY 1203)                    By: Lee P. Whidden
1290 Avenue of the Americas                         620 5th Avenue
New York, New York 10104                            New York, New York
212-541-2000                                        212-632-5500

*Attorneys for Plaintiff Grafiche Milani S.p.A.*    *Attorneys for Defendants Assouline Publishing, Inc. and Assouline Inc.*

SO ORDERED this 26th day of June, 2008

_____
HONORABLE PETER K. LEISURE
UNITED STATES DISTRICT COURT

2